# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL WARDLAW

NO. 2019 KW 0917

OCT 28 2019

In Re: Michael Wardlaw, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-95-1299.

BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT